# EXHIBIT A

Docusign Envelope ID: 9EFF73F2-3C53-40B0-AD07-A0BF5F524B42

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| NOVO NORDISK A/S AND NOVO NORDISK INC., <br><br> Plaintiffs, <br><br> v. <br><br> EVOLVE 865, LLC, <br><br> Defendant. | Case No. 3:24−cv−00366−KAC−DCP |

### FINAL JUDGMENT AND PERMANENT INJUNCTION ON CONSENT

This matter having come before the Court on the joint request of the parties for entry of this Final Judgment and Permanent Injunction on Consent (this "Final Judgment"); and

It appearing that plaintiffs Novo Nordisk A/S and Novo Nordisk Inc. (collectively, "Novo Nordisk") filed their Complaint in this action on September 6, 2024, and that defendant Evolve 865, LLC ("Evolve 865") was served with the Complaint on September 9; and

It further appearing that the parties have agreed to settle and resolve this matter without any further formal proceedings herein, and, as indicated by the signatures below, have consented to the entry of this Final Judgment in connection with such resolution of this action; and

The Court finding good cause therefor;

NOW, THEREFORE, by stipulation and agreement of the parties, and with the express consent of counsel for plaintiffs and counsel for defendant, as indicated below, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1.  This Court has jurisdiction over the subject matter of this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338, and has jurisdiction over defendant Evolve 865. Venue in this Court is proper pursuant to 28 U.S.C. § 1391.

2.  Plaintiff Novo Nordisk's Complaint states causes of action against defendant Evolve 865 for false advertising and unfair competition in violation of section 43(a) of the Lanham Act, 15 U.S.C. 1125(a) and the Tennessee Consumer Protection Act, Tenn. Code. Ann. § 47-18-101 et seq.

3.  Plaintiff Novo Nordisk has adopted and used, and has valid and enforceable rights in and to, the trademarks OZEMPIC, WEGOVY, and RYBELSUS (the "Novo Nordisk Marks") for pharmaceutical products.

4.  The federal trademark registrations of plaintiff Novo Nordisk A/S for the Novo Nordisk Marks identified below are valid, subsisting, and enforceable:

| Mark | Reg. No. | Issue Date | Goods |
|---|---|---|---|
| OZEMPIC | 4,774,881 | July 21, 2015 | Pharmaceutical preparations (class 5) |
| WEGOVY | 6,585,492 | December 14, 2021 | Pharmaceutical preparations (class 5) |
| wegovy (stylized) | 6,763,029 | June 21, 2022 | Pharmaceutical preparations (class 5) |
| RYBELSUS | 5,682,853 | February 26, 2019 | Pharmaceutical preparations (class 5) |

5.  Without the consent of plaintiff Novo Nordisk, defendant Evolve 865 has engaged in advertising, marketing, and/or promotion of compounded drug products purporting to contain semaglutide that have not been approved by the U.S. Food & Drug Administration (the "FDA")

2

Case 3:24-cv-00366-KAC-DCP   Document 42-1   Filed 07/08/25   Page 3 of 7
PageID #: 239

Docusign Envelope ID: 9EFF73F2-3C53-40B0-AD07-A0BF5F524B42

and are not genuine Novo Nordisk FDA-approved, semaglutide-based medicines ("Unapproved Compounded Drugs") that falsely suggests that: (i) the Unapproved Compounded Drugs offered and sold by defendant Evolve 865 are genuine Novo Nordisk, semaglutide-based medicines and/or are approved by the FDA; (ii) the Unapproved Compounded Drugs have been reviewed by the FDA for safety, effectiveness, or quality; or have been demonstrated to the FDA to be safe or effective for their intended use (iii) defendant Evolve 865 and/or its Unapproved Compounded Drugs are sponsored by, associated with, or affiliated with Novo Nordisk and/or Novo Nordisk's FDA-approved, semaglutide-based medicines; (iv) the Unapproved Compounded Drugs offered by defendant Evolve 865 achieve or have been shown or proven to achieve certain therapeutic results, effects, or outcomes; (v) the Unapproved Compounded Drugs achieve or have been shown or proven to achieve therapeutic results, effects, or outcomes similar or identical to Novo Nordisk's FDA-approved, semaglutide-based medicines, and/or that the Unapproved Compounded Drugs are interchangeable with or equivalent to genuine Novo Nordisk FDA-approved, semaglutide-based medicines; and/or (vi) the Unapproved Compounded Drugs contain any ingredient (including but not limited to semaglutide) that is supplied by Novo Nordisk, is approved by the FDA, or is the same as any ingredient in any Novo Nordisk product.

6. Defendant Evolve 865's actions as described above are likely to cause confusion and violate Novo Nordisk's rights under the Lanham Act and state law.

7. Defendant Evolve 865, its officers, directors, shareholders, members, owners, agents, servants, employees, and attorneys, and all those in active concert or participation with them, are hereby PERMANENTLY ENJOINED from:

    (a) advertising, stating, or suggesting that any Unapproved Compounded Drugs, including but not limited to any Unapproved Compounded

Docusign Envelope ID: 9EFF73F2-3C53-40B0-AD07-A0BF5F524B42

Drugs that either are available, directly or indirectly, from or through Defendant or the use of which or access to which is facilitated by, or with the involvement of, Defendant:

(1) are, or contain, genuine or authentic Novo Nordisk OZEMPIC, WEGOVY, or RYBELSUS medicines;

(2) are sponsored by or associated with Novo Nordisk;

(3) are approved by the FDA; have been reviewed by the FDA for safety, effectiveness, or quality; or have been demonstrated to the FDA to be safe or effective for their intended use;

(4) achieve or have been shown or proven to achieve certain therapeutic results, effects, or outcomes, including but not limited to by relying on or making reference to clinical trial results for Novo Nordisk's medicines;

(5) achieve or have been shown or proven to achieve therapeutic results, effects, or outcomes similar or identical to Novo Nordisk's medicines and/or are interchangeable with or equivalent to genuine Novo Nordisk medicines;

(6) are associated or connected in any way with Novo Nordisk or Novo Nordisk's medicines; or

(7) contain any ingredient (including but not limited to semaglutide) that is supplied by Novo Nordisk, is approved by the FDA, or is the same as any ingredient in any Novo Nordisk medicine.

Docusign Envelope ID: 9EFF73F2-3C53-40B0-AD07-A0BF5F524B42

8. IT IS FURTHER ORDERED that, for a period of twelve (12) months from the date of entry of this Final Judgment, Defendant shall conspicuously and prominently disclose in any materials for any Unapproved Compounded Drugs, including but not limited to all advertising, marketing, and promotional materials, that: (a) the Unapproved Compounded Drugs are compounded drugs that have not been approved by the FDA; have not been reviewed by the FDA for safety, effectiveness, or quality; and have not been demonstrated to the FDA to be safe or effective for their intended use; (b) the processes by which the compounded drugs are manufactured have not been reviewed by the FDA; and (c) FDA-approved products containing semaglutide are available.

9. The parties having agreed to a confidential settlement agreement that resolves Novo Nordisk's claims, no award is included in this Final Judgment.

10. Judgment is hereby entered in favor of plaintiff Novo Nordisk as set forth above. All claims asserted in this action are hereby dismissed without prejudice, except that this Court shall retain jurisdiction for the purpose of enforcing the parties' settlement agreement, this Final Judgment, and as otherwise provided herein.

11. This Final Judgment shall be deemed to have been served on defendant Evolve 865, its officers, directors, shareholders, members, owners, agents, servants, employees, and attorneys, and all those in active concert or participation with them as of the date of entry hereof by the Court.

**SO ORDERED,** this \_\_\_\_\_ day of _____, 2025.

_____
Katherine A. Crytzer
UNITED STATES DISTRICT JUDGE

CONSENTED TO:

*Ronald Dove*
_____

COVINGTON & BURLING LLP
Ronald Dove (*admitted pro hac vice*)
rdove@cov.com
850 10th St NW, Washington, DC 20001
(202) 662-5685

RILEY & JACOBSON, PLC
Steven A. Riley (TN Bar No. 6258)
sriley@rjfirm.com
Milton S. McGee, III (TN Bar No. 24150)
tmcgee@rjfirm.com
1906 West End Ave.
Nashville, TN 37203
(615) 320-3700


Attorneys for Plaintiffs
NOVO NORDISK A/S and
NOVO NORDISK INC.

*Eric Larson*
_____

REYNOLDS, ATKINS, BREZINA &
STEWART, PLLC
E. Michael Brezina, III
michael@brezinalaw.com
606 W. Main Street, Suite 225
Knoxville, TN 37902
(865) 500-3121